AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 09 2024

LAURA A. AUSTIN, CLERK
BY: /s/ Smith
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2307 HYDRAULIC ROAD
STORAGE UNIT 3069
CHARLOTTESVILLE, VIRGINIA 22901

Case No. 3:24mj54

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attached Affidavit & Attachments (incorporated herein by reference)

located in the ___Western___ District of ___Virginia___, there is now concealed *(identify the person or describe the property to be seized)*:

Please see attached Affidavit & Attachments (incorporated herein by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | |
|---|---|
| 18 U.S.C. § 1001(a)(2) | False statements to government agents or agencies |
| 18 U.S.C. § 793(d) | Communicating, delivering, or transmitting national defense information |
| 18 U.S.C. § 793(e) | Gathering, transmitting, or retaining defense information |
| 18 U.S.C. § 1924 | Unauthorized removal or retention of classified documents or material |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Matthew S. Rader, Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/9/24

*Judge's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*