## ATTACHMENT A-1

*Person to Be Searched*

Kinsey Colleen STANSELL, DOB: xx/xx/1995, including any purse, backpack, container, or electronic communication devices in her possession or control. STANSELL is depicted in the photograph below:



25