AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:24mj54 | 9/11/2024  9:37 AM | Storage Unit 3069 |

Inventory made in the presence of:
No one present

Inventory of the property taken and name of any person(s) seized:

See attached FD-597 Receipt for Property

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

September 16, 2024

LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/16/2024

_____
Executing officer's signature

Robinson N. Blake, Special Agent
Printed name and title

Received in chambers by reliable electronic means on September 16, 2024.

USMJ

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # ~~~~~RH-3897276

On (date) 9/11/2024

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Kinsey Stansell
(Street Address) 2307 Hydraulic Rd, Unit 3069
(City) Charlottesville   VA   22901

Description of Item(s): Single page double-sided notes; DoD map information and notes

Received By: _____ (Signature)

Received From: Not present (Signature)